UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:07CV-P490-H

CHARLES MEYERS                                                            PETITIONER

v.

UNITED STATES OF AMERICA                              RESPONDENT

**MEMORANDUM AND ORDER**

Petitioner Charles Meyers, a federal prisoner, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (DN 1). Petitioner contends that he is "attempting to receive credit for time spent at a Federal Holding Facility" in Leitchfield, Kentucky from January 16, 2005, to January 2006, while awaiting trial on federal charges.

On preliminary review, the Court concludes that it is without jurisdiction to consider the petition, as "courts have uniformly held . . . that claims seeking to challenge the execution or manner in which the sentence is served shall be filed in the court having jurisdiction over the prisoner's custodian." *Charles v. Chandler*, 180 F.3d 753, 755-56 (6th Cir. 1999) (citations omitted); *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004) ("The plain language of the habeas statute [] confirms the general rule that for core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement."); *see also United States v. Jenkins*, No. 98-6287, 2001 WL 128435, at * 2 (6th Cir. Feb. 6, 2001) (concluding that the Western District of Kentucky properly determined that it lacked jurisdiction to consider the § 2241 petition filed while the petitioner was confined in the Federal Correctional Institute in Manchester, Kentucky, which is located in the London Division of the Eastern District of Kentucky).

Pursuant to 28 U.S.C. § 1631, "Whenever a civil action is filed in a court . . . and that court finds that there is a want of jurisdiction, the court shall, if it is in the interest of justice, transfer such action . . . to any other such court in which the action . . . could have been brought at the time it was filed or noticed, . . . ." In the present case, Petitioner is incarcerated in the United States Penitentiary at Beaumont, Texas, which is located the Eastern District of Texas. *See* 28 U.S.C. § 124(c). In the interest of justice, this Court will transfer this action to the Eastern District of Texas.

**WHEREFORE, IT IS ORDERED** that the instant action filed pursuant to 28 U.S.C. § 2241 is **TRANSFERRED to the United States District Court for the Eastern District of Texas, Beaumont Division,** pursuant to 28 U.S.C. § 1631.

Date:

cc:     Petitioner, *pro se*
        United States Attorney
        Clerk, Eastern District of Texas, 300 Willow St., Ste. 104, Beaumont, TX 77701
4412.005